FILED

2005 Jun-17  AM 11:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| OTIS RYANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 01-RRA-2827-W |
| | ) |
| EMPIRE COKE COMPANY, McWANE | ) |
| CAST IRON PIPE COMPANY, LEON | ) |
| STRAUSE; JOE JUNKINS, JERRY CLARK, | ) |
| and DANNY LEWIS, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, to which no objections were filed, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, Empire Coke Company's motion for summary judgment is due to be granted and this case is due to be dismissed.[1] An appropriate order will be entered.

---

[1] Empire Coke Company is the only remaining defendant in this case.

DONE this 17th day of June, 2005.


WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE